# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA

V.                                                          CR401-00103-002

Charles R. Nettles, Jr.

On December 21, 2005, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Charles R. Nettles, Jr., be discharged from supervised release.

Respectfully submitted,

Baylan Thomas
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____4th_____ day of _____May_____ , 2009.

William T. Moore, Jr.
Chief Judge, U.S. District Court